Commonwealth *v.* Raney, Appellant.

Submitted March 20, 1973. *Charles M. Fink,* for appellant; *Alan M. Rubenstein,* Assistant District Attorney, *Stephen B. Harris,* First Assistant District Attorney, and *Kenneth G. Biehn,* District Attorney, for Commonwealth, appellee.

Order affirmed.

Commonwealth *v.* Ricketts, Appellant.

Submitted March 27, 1973. *Richard P. Hunter, Jr.* and *Joseph S. Ziccardi,* for appellant; *James T. Ranney* and *Milton M. Stein,* Assistant District Attorneys, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.